**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7545**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARYL ANDRE FULLER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-98-76, CA-00-1614-7-20)

———————

Submitted:  February 22, 2001        Decided:  March 1, 2001

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Daryl Andre Fuller, Appellant Pro Se.  Arthur Bradley Parham, OF-
FICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daryl Andre Fuller seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Fuller, Nos. CR-98-76; CA-00-1614-7-20 (D.S.C. filed Aug. 23, 2000; entered Aug. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2